CLOSED

# U.S. District Court
## DISTRICT OF ARIZONA (Phoenix Division)
### CRIMINAL DOCKET FOR CASE #: 2:13-mj-07293-BSB All Defendants
### Internal Use Only

Case title: USA v. Dreckmeier
Other court case number: 13-03054-01/14-CR-S- Western District of Missouri, Southern Division

Date Filed: 09/05/2013
Date Terminated: 09/10/2013

Assigned to: Magistrate Judge Bridget S Bade

### Defendant (1)

**Joseph A Dreckmeier**
*TERMINATED: 09/10/2013*

represented by **Milagros Anais Cisneros**
Federal Public Defenders Office
850 W Adams St
Ste 201
Phoenix, AZ 85007
602-382-2700
Fax: 602-382-2800
Email: milagros_cisneros@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

### Pending Counts

None

### Disposition

### Highest Offense Level (Opening)

None

### Terminated Counts

None

### Disposition

### Highest Offense Level (Terminated)

None

### Complaints

Count 1 - 21:841(a)(1) and (b)(1)(B)

### Disposition

and 846, Conspiracy to Distribute a Mixture or Substance Containing a Detectable Amount of Methamphetamine; Count 10 - 18:1956 (a)(1)(A)(i) & 18:1956(h), Conspiracy to Commit Money Lauhdering; Count 14 - 18:1957; Engaging in Monetary Transactions in Property Derived from Specified Unlawful Activity;

**Plaintiff**

**USA**

represented by **Vincent Quill Kirby**
US Attorneys Office - Phoenix, AZ
2 Renaissance Square
40 N Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
602-514-7500
Fax: 602-514-7650
Email: Vincent.Kirby@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2013 | 1 | Arrest (Rule 5) Warrant from the Western District of Missouri, Southern Division as to Joseph A Dreckmeier. (SMH) (Entered: 09/05/2013) |
| 09/05/2013 | 2 | MINUTE ENTRY for proceedings held before Magistrate Judge Bridget S Bade: Initial Appearance in Rule 5(c)(3) Proceedings as to Joseph A Dreckmeier held on 9/5/2013. FINANCIAL AFFIDAVIT TAKEN. After review of the financial affidavit, it appears that the defendant may be able to hire his own attorney. Therefore it is ordered that Attorney Milagros Anais Cisneros is conditionally appointed on behalf of the defendant with appointment type: AFPD. The matter should be reviewed by the District Court for reimbursement of the cost of defense. Counsel is advised to maintain hours expended on this case to facilitate calculation of the cost of defense, if reimbursement is ordered by the court. Defense counsel request the court to seal the Financial Affidavit. Request GRANTED.<br><br>**Appearances**: AUSA Vincent Kirby for the Government, AFPD Milagros Cisneros for defendant. Defendant is present and in custody. Detention and Status Hearing re: Identity Hearing set for 9/10/2013 at 10:00 AM in Courtroom 305, 401 West Washington Street, Phoenix, AZ 85003 before Magistrate Judge David K Duncan. (Recorded by COURTSMART.) Hearing held 3:49 PM to 3:57 PM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (ESL) (Entered: 09/05/2013) |

| 09/05/2013 | 🔒 | 3 | *SEALED* CJA 23 Financial Affidavit by Joseph A Dreckmeier (LAD) (Entered: 09/06/2013) |
|---|---|---|---|
| 09/09/2013 | 🔒 | 4 | *SEALED* Pretrial Services Bail Report as to Joseph A Dreckmeier filed by Pretrial Services. (Thomas, Julie) (Entered: 09/09/2013) |
| 09/10/2013 | | 5 | MINUTE ENTRY for proceedings held on 9/10/2013 before Magistrate Judge David K Duncan: This is the time for the Detention Hearing and Status Hearing re: Identity Hearing as to Joseph A Dreckmeier. Rule 5(c) (3) Identity Hearing waived. Detention Hearing reserved for the prosecuting district. Warrant of Removal to be issued.<br><br>**Appearances**: AUSA Vincent Kirby for the Government, AFPD Milagros Cisneros for defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 10:09 AM to 10:10 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (MMO) (Entered: 09/10/2013) |
| 09/10/2013 | | 6 | WAIVER of Rule 5 & 5.1 Hearings filed by Joseph A Dreckmeier. (SMH) (Entered: 09/10/2013) |
| 09/10/2013 | | 7 | COMMITMENT TO ANOTHER DISTRICT as to Joseph A Dreckmeier. Defendant committed to the Western District of Missouri, Southern Division. Signed by Magistrate Judge David K Duncan on 9/10/13.(SMH) (Entered: 09/10/2013) |