IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | No. 13-03054-01/14-CR-S-MDH |
| JERRY DEAN WRIGHT, JR., et al. | |
| Defendant. | |

## APPEARANCE WITHDRAWAL

**COMES NOW** the United States of America, by and through its undersigned attorney, Gary Milligan, Assistant United States Attorney, and respectfully requests the Court to direct the Clerk of Court to remove him as government legal counsel and from the CM/ECF docket sheet in the above-styled action. Timothy A. Garrison, Assistant United States Attorney, should now be listed as lead counsel for the government in the case.

Respectfully submitted,
Tammy Dickinson
United States Attorney

By  */s/ Gary Milligan*
Gary Milligan
Assistant United States Attorney
DC. Bar #484813

## Certificate of Service

The undersigned hereby certifies that a copy of the foregoing was delivered on August 3, 2015, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

*/s/ Gary Milligan*
Gary Milligan